UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:                                              Case No. 17-55276

    Beatina Renee Marshall,                     Chapter 13

    Debtor                                      Hon. Mark A. Randon

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2017, I served the following Paper:

*Chapter 13 Plan*

on the following parties at these addresses:

| | |
|---|---|
| AT&T<br>c/o Bankruptcy<br>4331 Communications Dr.<br>Floor 4W<br>Dallas, TX 75211 | DTE Energy<br>Attn: Bankruptcy<br>1 Energy Plaza<br>Detroit, MI 48226 |
| AT&T DirectTV<br>P.O. Box 5007<br>Carol Stream, IL 60197-5007 | DTE Energy<br>P.O. Box 740786<br>Cincinnati, OH 45274-0786 |
| Comcast<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 | I.C. System<br>444 Highway 96 East<br>St. Paul, MN 55127 |
| Comcast Xfinity<br>41112 Concept Dr.<br>Plymouth, MI 48170-4253 | I.C. System<br>P.O. Box 64437<br>St. Paul, MN 55164-0437 |
| Detroit Water and Sewerage Department<br>735 Randolph Street<br>Detroit, MI 48226 | Pioneer Finance LLC<br>6520 Indian River Rd.<br>Chesapeake, VA 23325 |
| | Pioneer Finance LLC<br>P.O. Box 13349<br>Chesapeake, VA 23325 |

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

Schneiderman & Sherman P.C.
Attn: Panayiotis Marselis
23938 Research Drive, Suite 300
Farmington Hills, MI 48335

Sunrise Credit Services, Inc.
260 Airport Plaza
Farmingdale, NY 11735

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100

The CBE Group, Inc.
1309 Technology Pkwy
Cedar Falls, IA 50613

Tidewater Finance Company
Attn: Stacey Jones
P.O. Box 13306
Chesapeake, VA 23325

Towne Mortgage Company
340 E. Big Beaver Rd.
Suite 220
Troy, MI 48083

Towne Mortgage Company
c/o Schneiderman & Sherman P.C.
23938 Research Drive, Suite 300
Farmington Hills, MI 48335

U.S. Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Small Business Administration
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211

U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416

United States Attorneys Office
Attn: Civil Division
211 W. Fort Street, Suite 2001
Detroit, MI 48226

by the following means:

    U.S. First-Class Mail.

Date: 12-7-2017

*Elise Neveau P78109*
*LAKESHORE LEGAL AID*
*2026 Lawndale Street*
*Detroit, MI 48209*
*eneveau@lakeshorelegalaid.org*
*Tel: (313) 246-0822*
*Fax: (313) 556-2216*