Form:13perfin

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 17−55276−mar
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Beatina Renee Marshall
    aka Beatina Renee Menefee, aka Beatina
    Renee Coker, dba Ralph & Beatina Home
    Improvement
    14100 Fairmount Dr.
    Detroit, MI 48205

Social Security No.:
    xxx−xx−4790

Employer's Tax I.D. No.:

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a **Certification About a Financial Management Course (Official Form 423)*** as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that **Official Form 423** must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that in a chapter 13 case the debtor(s) must file Official Form 423 no later than the date when the last payment was made by the debtor as required by the plan under § 1328(b) of the Code.

**Failure to file the certification will result in the case being closed without an entry of discharge.** If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the **Official Form 423**, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: 12/19/17

                                          BY THE COURT

                                          Katherine B. Gullo , Clerk of Court
                                          U.S. Bankruptcy Court

***NOTE: The court will accept Official Form 423 (Certification About a Financial Management Course) or the Personal Financial Management Certificate provided by an approved course provider to satisfy the requirement under Federal Rules of Bankruptcy Procedure 1007(b)(7).**

In re:                                                                Case No. 17-55276-mar
Beatina Renee Marshall                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2    User: admin    Page 1 of 1    Date Rcvd: Dec 19, 2017
                 Form ID: 13perfin    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
db         +Beatina Renee Marshall,   14100 Fairmount Dr.,   Detroit, MI 48205-1272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
           Elise   Neveau    on behalf of Debtor Beatina Renee Marshall eneveau@lakeshorelegalaid.org
           Joon H. Sung    on behalf of Debtor Beatina Renee Marshall jsung@lakeshorelegalaid.org
           Krispen S. Carroll    notice@det13ksc.com,  ecfinfo@det13ksc.com
           Michael P. Hogan    on behalf of Creditor   Towne Mortgage Company mhogan@sspclegal.com,  stremonti1@sspclegal.com
           Panayiotis D. Marselis    on behalf of Creditor   Towne Mortgage Company pmarselis@sspclegal.com
                                                                                                                                                                                  TOTAL: 5